536 A.2d 797

COMMONWEALTH of Pennsylvania, Respondent,

v.

Joann GERO, a/k/a Joann Kordic, Petitioner.

Supreme Court of Pennsylvania.

Feb. 1, 1988.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court is vacated, and this case is remanded to the Superior Court for consideration on the merits.